UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VISION MAKERS, INC., a Pennsylvania corporation, NAJJAA BEN ABDULLAH MUHAMMAD, also known as Henry R. Haney, HON. PETER F. ROGERS,

Plaintiffs,

-against-

THE BRIDGEMAN ART LIBRARY LIMITED, a foreign corporation, THE BRIDGEMAN ART LIBRARY INTERNATIONAL LIMITED, a foreign company, CHRISTIE'S IMAGES INC., a Delaware corporation, CHRISTIE'S INC., a New York corporation, CHRISTIE'S INTERNATIONAL PLC, a foreign company, CHRISTIE'S IMAGES LIMITED, a foreign company, and DOES 1-10,

Defendants.

**ORDER**

20 Civ. 9964 (PGG)

---

VISION MAKERS, INC., a Pennsylvania corporation, NAJJAA BEN ABDULLAH MUHAMMAD, also known as Henry R. Haney, HON. PETER F. ROGERS,

Plaintiffs,

-against-

WALMART INC., a Delaware corporation, and DOES 1-10,

Defendants.

21 Civ. 1046 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for May 6, 2021 is adjourned sine die.

It is hereby ORDERED that the following schedule will apply to Defendants' motions to dismiss:

1. Defendants' motions are due by **May 27, 2021**;

2. Plaintiffs' opposition is due by **June 17, 2021**; and

3. Defendants' replies, if any, are due by **June 24, 2021**.

Dated: New York, New York
       May 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge