UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VISION MAKERS, INC., a Pennsylvania corporation, NAJJAA BEN ABDULLAH MUHAMMAD, also known as Henry R. Haney, HON. PETER F. ROGERS,

        Plaintiffs,

-against-

THE BRIDGEMAN ART LIBRARY LIMITED, a foreign corporation, THE BRIDGEMAN ART LIBRARY INTERNATIONAL LIMITED, a foreign company, CHRISTIE'S IMAGES INC., a Delaware corporation, CHRISTIE'S INC., a New York corporation, CHRISTIE'S INTERNATIONAL PLC, a foreign company, CHRISTIE'S IMAGES LIMITED, a foreign company, and DOES 1-10,

        Defendants.

**ORDER**

20 Civ. 9964 (PGG)

---

VISION MAKERS, INC., a Pennsylvania corporation, NAJJAA BEN ABDULLAH MUHAMMAD, also known as Henry R. Haney, HON. PETER F. ROGERS,

        Plaintiffs,

- against -

WALMART INC., a Delaware corporation, and DOES 1-10,

        Defendants.

21 Civ. 1046 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has entered the parties' jointly proposed revised Case Management Plan.

The status conference currently scheduled for September 22, 2022 is adjourned to **April 6, 2023 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York New York.

Dated: New York, New York
September 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge